958 A.2d 1044

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Carl NORTHRIP, Respondent.**

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of October, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

> Whether the Pennsylvania Superior Court erred by determining that Respondent's conviction for Arson in the Third Degree, as defined in N.Y. Penal Law § 150.10, was not an equivalent offense to Arson as defined in the Pennsylvania Crimes Code at 18 Pa.C.S.A. § 3301(a), and thus, not a crime of violence as defined by 42 Pa.C.S.A. § 9714(g)?